```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -  X
                                  :
UNITED STATES OF AMERICA          :    INDICTMENT
                                  :
        - v. -                    :    22 Cr. _____
                                  :
BRUCE SILVA,                      :    22 CRIM 347
                                  :
            Defendant.            :
                                  :
- - - - - - - - - - - - - - - -  X
```

## COUNT ONE

The Grand Jury charges:

1. On or about August 13, 2019, in the Southern District of New York, BRUCE SILVA, the defendant, knowing that he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, knowingly did possess, in and affecting commerce, ammunition, to wit, .380-caliber shell casings that had been previously shipped and transported in interstate and foreign commerce.

(Title 18, United States Code, Sections 922(g)(1), 924(a)(2), and 2.)


_____        _____
FOREPERSON                              DAMIAN WILLIAMS
                                        United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

v.

**BRUCE SILVA,**

                             **Defendant.**

---

**INDICTMENT**

22 Cr. _____

(18 U.S.C. §§ 922(g)(1), 924(a)(2), and 2.)

---

DAMIAN WILLIAMS
United States Attorney

*/s/ [signature]*
Foreperson

---

6/21/22   Filed Indictment
Case assigned to Judge Gardephe

USMJ Gorenstein

MQ