UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

BRUCE SILVA,

Defendant.

**ORDER**

22 Cr. 347 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the Defendant will be arraigned on the Indictment (Dkt. No. 10) in this case on **Thursday, July 7, 2022, at 2:30 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       June 23, 2022

SO ORDERED.

_Paul G. Gardephe_
Paul G. Gardephe
United States District Judge