UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -against-

BRUCE SILVA,

              Defendant.

**ORDER**

22 Cr. 347 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    The Defendant's arraignment, currently scheduled for July 7, 2022, is adjourned to **Wednesday, July 13, 2022, at 4:30 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated:  New York, New York
        July 6, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge