# WL| Wright Law
### ATTORNEY AT LAW

---

**299 BROADWAY, SUITE 708**
**NEW YORK, NY 10007**
**OFFICE (212) 822-1419 • FACSIMILE (212) 822-1463**
wrightlawnyc@gmail.com
www.wrightlaw.nyc

July 14, 2022

**VIA ECF**
The Honorable Paul G. Gardephe
United States District Judge Southern District of New York
Thurgood Marshall, United States Courthouse
40 Foley Square
New York, New York 10007

        **Re:** *United States* **v.** *Bruce Silva 22 Cr. 347 (PGG)*

Dear Judge Gardephe:

    I represent Bruce Silva in the above referenced Indictment and write with the consent of the government to request that the Court grant a brief adjournment of Silva's arraignment scheduled for Friday July 15, 2022, at 2:30pm. I make this request in light of a recent positive test result for Covid-19 that I have received. I will be in quarantine, per CDC Covid-19 protocols, until this coming weekend and therefore would be unable to appear in court for Silva on July 15.

    After consulting with the government the parties are available to appear next week for Silva's arraignment **except** for the following dates and times: Monday, July 18 between 9am and 2pm; Tuesday, July 19 between 9am and 2pm; and Thursday July 21 at 4:30pm.

    Thank you and apologize for any inconvenience.

                                 Sincerely,

                                 Christopher Wright

Cc: AUSA Jacob R. Fiddelman