# WL | Wright Law

**ATTORNEY AT LAW**

---

**299 BROADWAY, SUITE 708**
**NEW YORK, NY 10007**
**OFFICE (212) 822-1419 • FACSIMILE (212) 822-1463**
wrightlawnyc@gmail.com
www.wrightlaw.nyc

September 16, 2022

**VIA ECF**
The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
United States Thurgood Marshall Courthouse
40 Foley Square
New York, New York 10007

      Re: *United States* v. *Bruce Silva 22-cr-00347-PGG*

Dear Judge Gardephe:

  I represent Bruce Silva in the above referenced Indictment and write today to request an adjournment of the September 21, 2022 status conference. I cannot appear for Mr. Silva on September 21, as I am currently engaged on an anticipated six-week-long jury trial before Hon. Hector Gonzalez in the U.S. District Court, Eastern District of New York on the matter of *US v. Anthony Zottola et al (18-cr-00609-HG)*. The *Zottola* trial should be completed by October 21, 2022.

  I respectfully request that this Indictment be adjourned to a date in November for another status conference so I may review the discovery with my client (who is incarcerated in Essex County, New Jersey) and further explore plea negotiations.

  I have discussed this adjournment request with counsel for the government who graciously consents. I also consent to the exclusion of time pursuant to the Speedy Trial Act.

                Sincerely,
                /s/
                Christopher Wright

  cc: Jacob R. Fiddelman
  Assistant United States Attorney