UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

BRUCE SILVA,

           Defendant.

**ORDER**

22 Cr. 347 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      The conference previously scheduled for September 21, 2022, is adjourned to **November 4, 2022, at 11:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

      Upon the application of the United States of America, by and through Assistant United States Attorney Jacob Fiddelman (Dkt. No. 22), and with the consent of the Defendant, by and through his counsel, Christopher Wright (Dkt. No. 21), it is further ordered that the time between September 21, 2022 and November 4, 2022 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice. The Court finds that the granting of this continuance serves the ends of justice and outweighs the best interests of the public and the Defendant in a speedy trial, because it will allow the defense to continue reviewing the discovery and the parties to discuss a potential pretrial resolution of this matter.

Dated: New York, New York
        September 19, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge