UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

BRUCE SILVA,

Defendant.

ORDER

22 Cr. 347 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

By January 12, 2023, defense counsel and Defendant will submit letters to the Court ex parte addressing whether they can work together productively in an attorney-client relationship.

Trial is scheduled for May 8, 2023, at 9:30 a.m., in Courtroom 705, United States Courthouse, 40 Foley Square, New York, New York. Motions in limine, proposed voir dire, and requests to charge are due by April 7, 2023. Responsive papers are due by April 14, 2023.

Any superseding indictment bringing additional charges against the Defendant will be filed by March 31, 2023.

Dated: New York, New York
January 5, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge