UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

BRUCE SILVA,

        Defendant.

**ORDER**

22 Cr. 347 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The Government's letter motion for an extension of time (Dkt. No. 30) is granted. Any superseding indictment will be filed by **April 30, 2023**. Trial is adjourned to **June 5, 2023 at 9:30 a.m.** Motions in limine, proposed voir dire, and requests to charge are due by **May 5, 2023**. Responsive papers are due by **May 12, 2023**. Upon the application of the United States of America, by and through Assistant United States Attorney Jacob Fiddleman, and with the consent of the Defendant, by and through his counsel, Christopher Wright, it is further ordered that the time between May 8 and June 5, 2023 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice. The Court finds that the granting of this continuance serves the ends of justice and outweighs the best interests of the public and the Defendant in a speedy trial, because the additional time will permit the parties to discuss a pretrial disposition of the broader charges set forth in the superseding indictment.

Dated: New York, New York
       March 27, 2023

SO ORDERED.

_Paul S. Gardephe_
Paul G. Gardephe
United States District Judge