UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>BRUCE SILVA, BRUCE MELVIN, JORDAN BENNETT, ELIJAH POUGH, SHADELL MCBRIDE, JUSTIN BALLESTER, ALZUBAIR SALEH, GIOVANNI RODRIGUEZ, GABRIEL VALDEZ, and EMMANUEL PEREZ<br><br>　　　　　　　　Defendants. | **ORDER**<br><br>23 Cr. 204 (PGG) |
| UNITED STATES OF AMERICA<br><br>-against-<br><br>BRUCE SILVA,<br><br>　　　　　　　　Defendant. | 22 Cr. 347 (PGG) |
| UNITED STATES OF AMERICA<br><br>-against-<br><br>SHADELL MCBRIDE,<br><br>　　　　　　　　Defendant. | 22 Cr. 484 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

As stated in open court on May 9, 2023, the Government's motion to join the above-captioned cases for trial (23 Cr. 204, Dkt. No. 12) is granted. The trial dates in United States v. Silva, 22 Cr. 347, and United States v. McBride, 22 Cr. 484, currently set for June 5, 2023 and May 30, 2023, respectively (see 22 Cr. 347, Dkt. No. 31; 22 Cr. 484, Dec. 17, 2022 Minute Entry), and all associated pretrial deadlines are vacated. The speedy time exclusion from

May 9, 2023 to September 7, 2023 in Silva, 23 Cr. 204, as stated in open court in the May 9, 2023 proceeding in that case (see 23 Cr. 204, May 9, 2023 Minute Entry) shall be applied to Silva, 22 Cr. 347 and McBride, 22 Cr. 484 as well.

Dated: New York, New York
       May 18, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge