UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>BRUCE SILVA, BRUCE MELVIN, and ELIJAH POUGH,<br><br>　　　　　　　　　　　Defendants. | **ORDER**<br><br>23 Cr. 204 (PGG) |
| UNITED STATES OF AMERICA<br><br>-against-<br><br>BRUCE SILVA,<br><br>　　　　　　　　　　　Defendant. | 22 Cr. 347 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

A conference will be held in this matter on **July 18, 2024, at 2:00 p.m.,** in Courtroom 705, United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
　　　　July 11, 2024

　　　　　　　　　　　　　　　　　　　　SO ORDERED.

　　　　　　　　　　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　　　　　　　　　Paul G. Gardephe
　　　　　　　　　　　　　　　　　　　　United States District Judge