UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>BRUCE SILVA, BRUCE MELVIN, and ELIJAH POUGH,<br><br>      Defendants. | **ORDER**<br><br>23 Cr. 204 (PGG) |
| UNITED STATES OF AMERICA<br><br>-against-<br><br>BRUCE SILVA,<br><br>      Defendant. | 22 Cr. 347 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

   On August 16, 2024, the Government filed a notice of appeal (Dkt. No. 207) concerning this Court's July 19, 2024 memorandum opinion and order suppressing evidence obtained from Defendant Bruce Silva's cellphone. (Dkt. No. 184) In the event that the appeal is not resolved by October 7, 2024, when this case is scheduled to proceed to trial, the charges against Silva will be severed, and trial will proceed only as to Defendants Bruce Melvin and Elijah Pough.

Dated: New York, New York
   August 16, 2024

                SO ORDERED.

                _____
                Paul G. Gardephe
                United States District Judge