UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- against -<br><br>BRUCE SILVA,<br><br>                              Defendant. | **ORDER**<br><br>23 Cr. 204 (PGG)<br>22 Cr. 347 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

The Court will conduct a conference in this case on **August 20, 2025, at 3:00 p.m.**, in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated:   New York, New York
            July 24, 2025

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge