UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

BRUCE SILVA,

Defendant.

**ORDER**

23 Cr. 204 (PGG)
22 Cr. 347 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The conference currently scheduled for August 20, 2025, at 3:00 p.m., is

adjourned to **August 28, 2025, at 10:00 a.m.** in Courtroom 705 of the Thurgood Marshall

United States Courthouse, 40 Foley Square, New York, New York.

Dated:  New York, New York
        August 20, 2025

SO ORDERED.

Paul G. Gardephe
United States District Judge