UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- against -<br><br>BRUCE SILVA,<br><br>Defendant. | **ORDER**<br><br>23 Cr. 204 (PGG)<br>22 Cr. 347 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

This case will proceed to trial on **January 20, 2026, at 9:30 a.m.** The following schedule will apply to pre-trial submissions:

1. Motions in limine, proposed voir dire, and requests to charge are due by **December 22, 2025**.

2. Responsive papers are due by **December 29, 2025**.

Dated: New York, New York
       September 4, 2025

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge