UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

BRUCE SILVA,

                              Defendant.

**ORDER**

23 Cr. 204 (PGG)
22 Cr. 347 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

   For the reasons stated at the November 13, 2025 conference, Florian Miedel's

motion to withdraw as counsel to Defendant Bruce Silva (Dkt. No. 326) is granted.

Dated:  New York, New York
   November 13, 2025

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge