UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- against -<br><br>BRUCE SILVA,<br><br>                    Defendant. | **ORDER**<br><br>23 Cr. 204 (PGG)<br>22 Cr. 347 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

The Court will conduct a conference in this case on **December 4, 2025, at 3:00 p.m.**, in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

In the event that the parties intend that the Court conduct a Rule 11 proceeding on December 4, 2025, they will submit a joint letter by **December 4, 2025, at 10:00 a.m.**, informing the Court of the charges to which Defendant Silva intends to plead guilty. The joint letter will also set forth the factual and legal bases for any such plea.

Dated: New York, New York
       November 25, 2025

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge