UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| UNITED STATES OF AMERICA | |
| - against - | **ORDER** |
| BRUCE SILVA, | 23 Cr. 204 (PGG) |
| Defendant. | 22 Cr. 347 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

The Court will conduct a conference in this case on **January 8, 2026, at 10:00 a.m.**, in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

The trial currently scheduled for January 20, 2026, is adjourned to **April 20, 2026, at 9:30 a.m.** The following schedule will apply to pre-trial submissions:

1.  Motions in limine, proposed voir dire, and requests to charge are due by **March 23, 2026.**

2.  Responsive papers are due by **March 30, 2026.**

Dated: New York, New York
        December 4, 2025

SO ORDERED.

Paul G. Gardephe
United States District Judge