UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

BRUCE SILVA,

Defendant.

**ORDER**

23 Cr. 204 (PGG)
22 Cr. 347 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

Sentencing will take place on **May 20, 2026, at 2:00 p.m.**, in Courtroom 705 of

the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.  The

Defendant's sentencing submissions are due on **May 1, 2026**, and the Government's sentencing

submission is due on **May 8, 2026**.

The Probation Office is directed to prepare a pre-sentence report.

Dated:  New York, New York
        February 25, 2026

SO ORDERED.

Paul G. Gardephe
United States District Judge