UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

BRUCE SILVA,

Defendant.

**ORDER**

23 Cr. 204 (PGG)
22 Cr. 347 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The sentencing currently scheduled for May 20, 2026, at 2:00 p.m., is adjourned

to **June 1, 2026, at 3:00 p.m.**  Any submissions on behalf of the Defendant are due on **May 18,**

**2026**, and the Government's sentencing submission is due on **May 25, 2026**.

Dated:  New York, New York
        May 1, 2026

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge