UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

BRUCE SILVA,

Defendant.

**ORDER**

23 Cr. 204 (PGG)
22 Cr. 347 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The sentencing currently scheduled for June 1, 2026, at 3:00 p.m., is adjourned to

**June 12, 2026, at 2:00 p.m.**, in Courtroom 705 of the Thurgood Marshall United States

Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       May 26, 2026

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge