UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| - against - | **ORDER** |
| BRUCE SILVA, | 23 Cr. 204 (PGG) |
| Defendant. | 22 Cr. 347 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

The sentencing currently scheduled for August 10, 2026, at 2:00 p.m., is

adjourned to **August 17, 2026, at 2:00 p.m.**

Dated:  New York, New York
        May 29, 2026

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge